UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, )<br>)<br>Plaintiff, )<br>)<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 16-1959 RDM |

JOINT STATUS REPORT

Pursuant to the Court's September 26, 2017 Minute Order, the parties, by and through their respective counsel, respectfully submit this status report.

The parties had earlier agreed to recommend a stay of briefing on the dispositive motion filed September 19, 2017, in this Freedom of Information Act action, to allow the documents referred to the Department of Transportation to be processed. The parties have conferred and Plaintiff no longer seeks relief from the Court as to those documents. Accordingly, counsel have discussed a proposed schedule for further briefing in the case and recommend that the Court adopt the following schedule:

Plaintiff shall file any opposition to the Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment (ECF No. 14) and any cross-motion for summary judgment by December 7, 2017;

Defendant shall file any reply and oppose the cross-motion by January 22, 2018;

Plaintiff shall file any reply to the opposition to the cross-motion by February 19, 2018.

WHEREFORE, the parties ask that the Court adopt this proposed schedule.

Dated:  October 19, 2017

Respectfully submitted,

 /s/ Jeffrey L. Light
Jeffrey L. Light, D.C. Bar # 485360
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye Street, NW
Suite 915
Washington, DC 20006
Telephone:  (202) 277-6213
Email:  jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiff*


JESSIE K. LIU, DC Bar #472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division


By:                                                              /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC 20530
(202) 252-2536

*Counsel for Defendants*