# Legal Information Office Network System User's Manual

## Release 5.4.2



Case Management Staff
Executive Office for
United States Attorneys
August 2016

LIONS 5.4.2 User Manual

## 2.10.4. Participant Search

Selection criteria for a participant search are participant name or a number associated with the participant (SSN, Marshal's Number, etc.).

The broader the search parameters, the more likely it is that the matter/case will be found.  For example, entering a last name will return a greater number of matters/cases than entering a last and first name.

Selecting **Spelling Match** in the **Name Matching** block will return only the names with the exact spelling.  Selecting **Sounds Like** in the **Name Matching** block will return all names with similar vowel sounds.  LIONS does a "soundex" search on the name field for similar vowel sounds.  A search for Smith will return Smith, Smithe, Smythe, Schmidt, etc., as partially demonstrated in Figure 2-24.



Figure 2-24:  Participant Search ─ Name

To search on a number field, enter a number associated with the participant, or a partial number followed by the **%**.  For example, searching SSN# using **105%** (as shown in Figure 2-25) will return all participant records that begin with 105 in the SSN# field.  The percent symbol (**%**) acts as a wildcard.