UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN NOAH SHAPIRO,           )
                             )
         PLAINTIFF           )   Civil Action No. 1:16-cv-1959 (DLF)
     vs.                     )
                             )
DEPARTMENT OF JUSTICE,       )
                             )
         DEFENDANT           )
                             )

**RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE**

1. Plaintiff disputes Defendant's characterization of his request. The request speaks for itself.

2. Not disputed

3. Not disputed

4. Not disputed

5. Not disputed

6. Plaintiff objects that this paragraph does not state a fact, but characterizes Defendant's legal position

7. Not disputed

8. Not disputed

9. Not disputed

10. Not disputed

11. Not disputed

12. Not disputed

1

13. Not disputed

14. Not disputed

15. Not disputed

16. Not disputed

17. Not disputed

18. Not disputed

19. Not disputed

20. Not disputed

21. Not disputed

22. Not disputed

23. Not disputed

24. Disputed. Defendant released only 73 pages, not 86.

25. Not disputed

26. Not disputed

27. Not disputed

28. Not disputed

29. Not disputed

30. Plaintiff objects that this paragraph asserts a legal conclusion, not a fact.

31. Not disputed

32. Not disputed

33. Not disputed

34. Not disputed

35. Not disputed

36. Not disputed

37. Not disputed

38. Not disputed

39. Not disputed

40. Not disputed

41. Not disputed

42. Not disputed

43. Plaintiff objects that this paragraph asserts a legal conclusion, not a fact.

44. Not disputed

45. Not disputed

46. Not disputed

47. Plaintiff objects that the characterization of the search as "system wide" is not supported by the record.

48. Not disputed

49. Not disputed that USAO-DC FOIA Coordinator searched some electronic databases, as well as paper records.

50. Plaintiff objects that the characterization of the search as "system wide" is not supported by the record.

51-86. Not disputed

87-119. Plaintiff objects that these paragraphs assert a legal conclusion, not facts

120. Not disputed

121. Not disputed

122-149. Plaintiff objects that these paragraphs assert a legal conclusion, not facts

146-149. Plaintiff further objects that these paragraphs are not material because Defendant has not asserted Exemption 7(F) in its brief.

150-155. Plaintiff objects that these paragraphs assert a legal conclusion, not facts

156-163. Not disputed

164-167. Plaintiff objects that these paragraphs assert a legal conclusion, not facts

168-171. Not disputed

172-186. Plaintiff objects that these paragraphs assert a legal conclusion, not facts

    Respectfully Submitted,

    _/s/ Jeffrey Light_____
      Jeffrey L. Light
      D.C. Bar #485360
      1712 Eye St., NW
      Suite 915
      Washington, DC 20006
      (202)277-6213
      Jeffrey@LawOfficeOfJeffreyLight.com

    *Counsel for Plaintiff*