UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 16-1959 (DLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of July 27, 2020, the parties have conferred and submit this Joint Status Report to update the Court as to the status of this case. The Court previously denied the parties' cross-motions for summary judgment and ordered "that the Department of Justice supplement the record with a *Vaughn* index, additional affidavits, or other materials that address the deficiencies identified in this memorandum opinion." (Slip op. at 5) [ECF No. 50]. Because Defendant categorically withheld certain types of documents, there is a large volume of records that must now be reviewed and a determination made for processing for the first time in order to comply with the Court order.

Since the last joint status report, Defendant continues to make significant progress in scoping the universe of the documents. Defendant procured an independent contractor to digitize all paper files at issue in this case. This process was recently completed, resulting in over 45,000 pages of potentially responsive records. The search for electronic records is still ongoing.

The parties have conferred about this volume of records, which would take significant time to process, and discussed several paths forward. Defendant has agreed to look into a specific category of records for more immediate processing. The parties will continue to confer about the

1

Defendant's progress in identifying and processing records and any issues regarding exemptions applied to endeavor to avoid potential future challenges. In light of the above, the parties would therefore jointly propose filing a further joint status report to the Court on November 23, 2020.

Date: October 23, 2020

Respectfully Submitted,

 /s/ *Jeffrey Light*

    Jeffrey L. Light
    D.C. Bar #485360
    1712 Eye St., NW
    Suite 915
    Washington, DC 20006
    (202)277-6213
    Jeffrey@LawOfficeOfJeffreyLight.com

    *Counsel for Plaintiff*

    MICHAEL R. SHERWIN
    Acting United States Attorney
    District of Columbia

    DANIEL F. VAN HORN,
    D.C. BAR # 924092
    Chief, Civil Division

By:    /s/*Kristin D. Brudy-Everett*
    KRISTIN D. BRUDY-EVERETT
    Assistant United States Attorney
    Judiciary Center Building
    555 4th St., N.W.
    Washington, D.C.  20530
    (202) 252-2536
    Kristin.Brudy-Everett@usdoj.gov

    *Counsel for Defendant*