UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-1959 (DLF) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of March 23, 2021, the parties have conferred and submit this Joint Status Report to update the Court as to the status of this case. The Court previously denied the parties' cross-motions for summary judgment and ordered "that the Department of Justice supplement the record with a *Vaughn* index, additional affidavits, or other materials that address the deficiencies identified in this memorandum opinion." (Slip op. at 5) [ECF No. 50]. Because Defendant categorically withheld certain types of documents, there is a large volume of records that must now be reviewed and a determination made for processing for the first time in order to comply with the Court order.

Since the last joint status report, Defendant is actively seeking to acquire a third-party to work solely on sorting and organizing the records at issue in this case and hopes to have someone in place soon to begin the work. Defendant is also in the final stages working with its Office of the Chief Information Officer to extract a copy of the *Lewis* list from the Microsoft Access database, and hopes to begin processing the record in short order. The parties will continue to

confer about the Defendant's progress in identifying and processing records and any issues regarding exemptions applied to endeavor to avoid potential future challenges.

In light of the above, the parties would therefore jointly propose filing a further joint status report to the Court on May 21, 2021.

Date: April 21, 2021                             Respectfully Submitted,

  /s/ *Jeffrey Light*
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*


CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/*Kristin D. Brudy-Everett*
KRISTIN D. BRUDY-EVERETT
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-2536
Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*

2