UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 16-1959 (DLF) |

## JOINT STATUS REPORT

In this Freedom of Information Act ("FOIA") case, Plaintiff, Ryan Noah Shapiro, filed a complaint, ECF No. 1, to access the Department of Justice's (Defendant) documents, specifically the "*Lewis* List" and related materials. *Id*. Pursuant to this Court's August 23, 2021 Order, the Parties have conferred and submit this Joint Status Report to update the Court as to the status of this case.

The Court previously denied the parties' cross-motions for summary judgment and ordered "that the Department of Justice supplement the record with a *Vaughn* index, additional affidavits, or other materials that address the deficiencies identified in [its] memorandum opinion." ECF No. 50, June 11, 2021 Mem. Op. and Order at 5. There is a large volume of records that must now be reviewed, along with determinations made as to how to process and organize the documents to comply with the Court's June 11, 2020 Order. To that end, the U.S. Attorney's Office hired an individual on July 19, 2021, to work on the sorting and organizing of the records at issue.

In the last report, Defendant submitted that the organization of records, an approximate 1.5 million pages of electronically stored documents to review, is taking longer than first anticipated. Since the last report, Defendant has worked with its technology group to identify capabilities

within the Department to expedite review of the 1.5 million pages of electronically stored documents. Defendant approximates that since its last report, it has completed approximately one half of the total number of pages to review.

Further, Defendant anticipates starting the processing of the *Lewis* list and intends to confer with Plaintiff's counsel during the first week of April to discuss potential next steps.

In light of the above, the Parties therefore jointly propose that the Court order the Parties to file a joint status report within sixty (60) days, on May 24, 2022.

Date:   March 25, 2022
        Washington, D.C.

Respectfully Submitted,

/s/ *Jeffrey Light*
Jeffrey L. Light
D.C. Bar #485360
1629 K St., NW
Suite 300
Washington, DC 20006
(202) 277-6213
jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ *Dedra S. Curteman*
DEDRA S. CURTEMAN
IL Bar #6279766
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*