UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 16-1959 (DLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

In this Freedom of Information Act ("FOIA") case, Plaintiff, Ryan Noah Shapiro, filed a complaint, ECF No. 1, to access the Department of Justice's (Defendant) documents, specifically the "*Lewis* List" and related materials. *Id*. Pursuant to this Court's July 2, 2025, Minute Order, the Parties have conferred and submit this Joint Status Report to update the Court as to the status of this case.

The Court previously denied the parties' cross-motions for summary judgment and ordered "that the Department of Justice supplement the record with a *Vaughn* index, additional affidavits, or other materials that address the deficiencies identified in [its] memorandum opinion." ECF No. 50, June 11, 2021, Mem. Op. and Order at 5. There is a large volume of records that must now be reviewed, along with determinations made as to how to process and organize the documents to comply with the Court's June 11, 2020, Order. To that end, the U.S. Attorney's Office hired an individual on July 19, 2021, to work on the sorting and organizing of the records at issue.

As previously reported, although Defendant has worked to begin categorization of the underlying *Lewis* List documents by potential subject matter and has conferred with Plaintiff's counsel regarding potential categories for organization, Plaintiff has asked that Defendant pause

its review and categorization of the underlying *Lewis* List documents and process the *Lewis* List, taking all necessary FOIA exemptions. Defendant has since processed a subset of the *Lewis* List, as previously agreed to between the Parties. Since that time, Plaintiff has requested that Defendant continue its efforts in processing the underlying *Lewis* List documents. Plaintiff has indicated that he intends to limit his request to two categories of documents—"Court Transcripts" and "Reports of Investigation" that relate to public documents of the underlying documents.

Defendant has communicated with Plaintiff's counsel that there are two grand jury transcripts with 126 pages; 14 hearing transcripts with 1,778 pages; and nine jury transcripts with 1,230 pages. As for Reports of Investigation, there are 3,508 documents with 364,674 pages, including attachments. Plaintiff's counsel asked that Defendant pause its work on the Reports of Investigation and work to apply redactions to the jury transcripts for release. Defendant has paused processing of the Reports of Investigations.

Defendant continues to process the 1,230 pages of jury transcripts. (For a few of the preceding months, the paralegal assigned to this matter was out of the office on paternity leave. He is now back in the office and has resumed the processing of these jury transcripts.) Defendant estimates that it will take approximately 45 days from the date of this submission up until August 21, 2025, to finish processing the jury transcripts. The parties will continue to confer regarding the next steps in the litigation.

In light of the above, the Parties therefore jointly propose that the Court order the Parties to file a joint status report within sixty days, on September 5, 2025.

\*   \*   \*

Date:  July 7, 2025
      Washington, D.C.

Respectfully Submitted,

/s/ *Jeffrey Light*
Jeffrey L. Light
D.C. Bar #485360
1629 K St., NW; Suite 300
Washington, DC 20006
(202) 277-6213
jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ *Mason D. Bracken*
Mason D. Bracken
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
Tel: (202) 252-2523; mason.bracken@usdoj.gov

*Counsel for the United States of America*